UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | CIVIL MINUTES - GENERAL | | JS-6 |
|---|---|---|---|
| Case No. | CV13-4473-CAS(RZx) | Date | April 7, 2014 |
| Title | *KEVIN DUPREE v. MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, JUDGE | |
|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) - DISMISSAL BY COURT

WHEREAS, on February 5, 2014, the Court granted defendants' motion to dismiss as to plaintiff's claims under federal law, and allowed plaintiff to file an amended complaint no later than March 3, 2014.

As of today's date, no such amended complaint has been received by this Court.

IT IS HEREBY ORDERED AND ADJUDGED that the above-entitled action is dismissed **WITH PREJUDICE** for plaintiff's failure to file an amended complaint, comply with the Local Rules, Federal Rules of Civil Procedure, and orders of this Court.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |